**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
**SHARIFF BLACKWELL,**          :
      **Plaintiff,**          :
      **v.**                          :          **CASE NO. 14-878**
                                    :
**ALLSTATE INSURANCE CO.,**    :
      **Defendant.**          :
_____:

## ORDER

    **AND NOW,** this 31st day of August 2015, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 19], Plaintiff's response, and Defendant's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**, and judgment is entered in favor of Defendant and against Plaintiff.

    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    It is so **ORDERED.**

                                      **BY THE COURT:**

                                      **/s/ Cynthia M. Rufe**

                                      _____
                                      **CYNTHIA M. RUFE, J.**